FORM 5

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFFS:**<br>BWI International LLC<br>**ATTORNEY**:<br>Erik D. Smithweiss<br>GRUNFELD, DESIDERIO, LEBOWITZ,<br>SILVERMAN & KLESTADT LLP<br><br>707 Wilshire Boulevard<br>Suite 4150<br>Los Angeles, CA 90017-3720<br>(213) 452-0863<br>esmithweiss@gdlsk.com | **COURT NO.:** 26-00345 |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**
If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [X]

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**
[ ] Appraisal         [ ] Classification         [ ] Charges or Exactions         [ ] Vessel Repairs
[ ] Exclusion         [ ] Liquidation           [ ] Drawback
[ ] Refusal to Reliquidate   [ ] Rate of Duty         [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**
[ ] Appraisal         [ ] Classification         [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. § 1516a or Section 517(g) – 19 U.S.C. §1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause:                                        Agency:

*Federal Register or Administrative Determination* Cite(s):
Product(s):

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§2273, 2341, 2401b**
[ ] U.S. Secretary of Labor     [ ] U.S. Secretary of Commerce     [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c) (2) - 19 U.S.C. § 1677f(c)(2)**
Agency:   [ ] U.S. International Trade Commission     [ ] Administering Authority

**28 U.S.C. § 1581(g) – Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
[ ] Sec. 641(b)(2)       [ ] Sec. 641(b)(3)       [ ] Sec. 641(c)(1)       [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)       [ ] Sec. 641(d)(2)(B)    [ ] Sec. 499(b)

### J U R I S D I C T I O N

| (Continued) |
|---|
| **28 U.S.C. § 1581(h) - Ruling relating to:** <br> [ ] Classification  [ ] Valuation  [ ] Restricted Merchandise <br> [ ] Rate of Duty  [ ] Marking  [ ] Entry Requirements <br> [ ] Drawbacks  [ ] Vessel Repairs  [ ] Other: <br> _____ |
| **28 U.S.C. § 1581(i)** – (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*) |
| The Court has jurisdiction under 28 U.S.C. § 1581(i). *See V.O.S. Selections, Inc. v. Trump*, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025). |
| **28 U.S.C. § 1582 - Actions Commenced by the United States** <br> [ ] (1) Recover civil penalty under Tariff Act of 1930: <br>         [ ] Sec. 592    [ ] Sec. 593A    [ ] Sec. 641(b)(6) <br>         [ ] Sec 641(d)(2)(A)  [ ] Sec. 704(i)(2)  [ ] Sec. 734(i)(2) <br> [ ] (2)  Recover upon a bond <br> [ ] (3)  Recover customs duties |

| R E L A T E D   C A S E ( S ) ||||
|---|---|---|---|
| To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending? Yes. ||||
|  | PLAINTIFFS | COURT NUMBER | JUDGE |
| [] Decided Cases: |  |  |  |
| [X] Pending Cases: | VOS Selections, Inc., et. al. v. Donald Trump, et. al. | 25-cv-00066 (Ct. Intl. Trade) Affirmed V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312, 1334 (Fed. Cir. 2025), cert. granted, No. 25-250, 2025 WL 2601020 (U.S. Sept. 9, 2025) (decision pending). | Gary S. Katzmann, Judge <br> Timothy M. Reif, Judge <br> Jane A. Restani, Senior Judge |
|  | AGS Company Automotive Solutions v. U.S. CBP, et al | 25-cv-00255-3JP | Gary S. Katzmann, Judge <br> Timothy M. Reif, Judge <br> Jane A. Restani, Senior Judge |

*/s/ Erik D. Smithweiss*
*Signature of Plaintiff's Attorney*

January 8, 2026
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)